```
BENJAMIN B. WAGNER
United States Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>HORACE PETERSON JR.,<br><br>            Defendant. | MAG. NO.  2:12-MJ-0100 EFB<br><br>MOTION TO DISMISS COMPLAINT<br>AND [PROPOSED] ORDER |

**MOTION**

HEREBY, the United States moves that this Court enter an order, pursuant to Fed. R. Crim. Pro. 48(a), to dismiss without prejudice the complaint for Unlawful Flight to Avoid Prosecution (UFAP) in the above referenced case, MAG No 2:12-MJ-0100 EFB, against defendant HORACE PETERSON JR.

DATED: 06/11/2012                            BENJAMIN WAGNER
                                             UNITED STATES ATTORNEY


                                        By   /s/Michelle Rodriguez
                                             MICHELLE RODRIGUEZ
                                             Assistant U.S. Attorney

1

```
1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHELLE RODRIGUEZ
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAG. NO.  2:12-MJ-0100 EFB |
| ) | |
| Plaintiff, ) | ORDER |
| v. ) | |
| ) | |
| HORACE PETERSON JR., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**ORDER**

The United States' motion to dismiss without prejudice the underlying Unlawful Flight to Avoid Prosecution (UFAP) complaint in the above referenced case, MAG No 2:12-MJ-0100-EFB against defendant HORACE PETERSON JR. is GRANTED.

DATED: June 11, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1:crim
peterson0100.mtd.ord.wpd

2